**Opinion issued May 26, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00309-CV

———————————

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellant**

**V.**

**LUSK NOMINEE TRUST AND W.L. WILLIAMS LLC, Appellees**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 85701-CV**

---

**MEMORANDUM OPINION**

Appellant, Texas Department of Criminal Justice, has filed a motion to voluntarily dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.